

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael David Sherman | Civil Action No. 13-cv-1986-WQH-WMC |
| Plaintiff, | |
| V. | |
| RMH, LLC;<br>Rancho Chrysler Jeep Dodge | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Motion to Compel Arbitration is Granted. The Complaint is Dismissed Without Prejudice and the parties are ordered to proceed to arbitration in accordance with the terms of the arbitration clause in the Contract.

Date:  1/3/14

CLERK OF COURT
JOHN MORRILL, Acting Clerk of Court
By:  s/ S. Melvin

S. Melvin, Deputy